UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRICO PAVAO,<br><br>        Plaintiff,<br><br>    v.<br><br>UNKNOWN,<br><br>        Defendant. | No.  2:20-cv-1693 TLN CKD P<br><br><br>ORDER |

    Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. ECF No. 29.  Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

    Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated:  August 4, 2021

                                       CAROLYN K. DELANEY<br>                                       UNITED STATES MAGISTRATE JUDGE

12/pava1693.59.docx