UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRICO PAVAO, | No.  2:20-cv-01693-TLN-CKD P |
| Plaintiff, | |
| v. | ORDER |
| UNKNOWN, | |
| Defendant. | |

Pursuant to plaintiff's request to voluntarily dismiss his complaint, this case was closed on August 4, 2021.  ECF No. 30.  The court subsequently received a check for the filing fee on August 16, 2021.   In light of the voluntary dismissal of this case, the Clerk of Court is directed to return the check issued by the CDCR.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Clerk of Court shall return the check in the amount of $350.00 issued by the CDCR.

2.   A courtesy copy of this order shall be sent to the Finance Unit.

Dated:  August 18, 2021

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/pava1693.returnfee.docx

1